IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY M. BLACKWELL,

    Petitioner,                    No. CIV S-06-1876 DFL GGH P

   vs.

RODERICK W. HICKMAN,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1         2. The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED: 9/1/06         /s/ Gregory G. Hollows

4                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

5

6 GGH:mp
blac1876.101a