IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY M. BLACKWELL,

    Petitioner,                    No. CIV S-06-1876 DFL GGH P

    vs.

RODERICK W. HICKMAN,

    Respondent.                 FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's December 4, 2006, request to hold this action in abeyance while he exhausts additional claims in state court. On December 21, 2006, respondent filed a response stating that he does not oppose this request.

        Good cause appearing, the court recommends that petitioner's motion to stay be granted. <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S.Ct. 1528 (2005)(district courts have discretion to hold mixed petition in abeyance pending exhaustion of unexhausted claims).

        Accordingly, IT IS HEREBY RECOMMENDED that petitioner's December 4, 2006, request to stay proceedings be granted; this action be administratively closed.

/////

/////

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6  shall be served and filed within ten days after service of the objections.  The parties are advised
7  that failure to file objections within the specified time may waive the right to appeal the District
8  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9  DATED: 2/7/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

13  black1876.sta