**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ANTHONY M. BLACKWELL,

      Petitioner,

vs.

RODERICK W. HICKMAN,

      Respondent.

No. 2:06-CV-1876-RRB-GGH

**<u>ORDER</u>**

At Docket 12 is Petitioner Anthony M. Blackwell ("Petitioner") with motion to stay this action and hold it in abeyance while he exhausts any and all additional claims in state court.[1]  The motion is <u>unopposed</u> at Docket 14 and the matter was subsequently referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 7, 2007, Magistrate Judge Gregory G. Hollows filed Findings & Recommendations (Docket No. 16) herein which were served on the parties and which contained notice to the parties that any objections to the same were to be filed within ten days.

---

[1]   Petitioner is a state prisoner filing pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

ORDER RE PETITIONER'S MOTION AND/OR REQUEST - 1
2:06-CV-1876-RRB-GGH

Neither of the parties have filed objections to the Findings & Recommendations.

The Court has reviewed the file and finds the Findings & Recommendations (Docket No. 16) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The Findings & Recommendations (Docket No. 16), filed on February 7, 2007, are adopted in full;

2.   Petitioner's December 4, 2006, request to stay proceedings at **Docket 12** is **GRANTED**[2]; and

3.   This action is **CLOSED** administratively.

**ENTERED** this 25th day of September, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[2]   Rhines v. Weber, 544 U.S. 269 (2005)(district courts have discretion to hold a mixed petition in abeyance pending exhaustion of unexhausted claims).

ORDER RE PETITIONER'S MOTION AND/OR REQUEST - 2
2:06-CV-1876-RRB-GGH