IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. BLACKWELL, | | |
| | Petitioner, | No. CIV S-06-1876 RRB GGH P |
| vs. | | |
| RODERICK Q. HICKMAN, | | |
| | Respondent. | ORDER |
| _____/ | | |
| ANTHONY M. BLACKWELL, | | |
| | Petitioner, | No. CIV S-10-2316 RRB GGH P |
| vs. | | |
| JAMES WALKER, | | |
| | Respondent. | ORDER |
| _____/ | | |

Petitioner in both cases, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The above two cases have been consolidated. On August 12, 2011, in case 06-1876 petitioner filed a motion (Doc. 25) noting that respondent had not filed an answer on time. Petitioner is mistaken, respondent requested an extension which appeared in case 10-2316 which was granted and respondent filed the answer on

1

1  August 9, 2011.  Therefore, respondent's answer is timely filed.

2             In accordance with the above, IT IS HEREBY ORDERED that:

3             1.  The motion for default judgement (Doc. 25 in CIV S-06-1876 RRB GGH) is

4  denied and respondent's answer is timely filed.

5             2. The Clerk of the Court is directed to docket respondent's answer, Doc. 23 in

6  CIV S-06-1876 RRB GGH onto the docket in CIV S-10-2316 RRB GGH P

7  DATED: September 14, 2011

8                                  /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE
9
   GGH:AB
10 blac2316.ord3

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26