IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BLACKWELL, | |
| Petitioner, | No. 2:06-cv-1876 RRB GGH P |
| vs. | |
| RODERICK Q. HICKMAN, | |
| Respondent. | <u>ORDER</u> |
| _____/ | |
| ANTHONY M. BLACKWELL, | |
| Petitioner, | No. 2:10-cv-2316 RRB GGH P |
| vs. | |
| JAMES WALKER, | |
| Respondent. | <u>ORDER</u> |
| _____/ | |

Petitioner has requested an extension of time to file a response to the September 12, 2012, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's October 11, 2012, request for an extension of time (Docket No. 31, No. 2:10-cv-2316 RRB GGH P) is granted; and

2. Petitioner shall file his objections to the findings and recommendations within thirty days from the date of this order.

DATED: October 16, 2012

                                      /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:kly
blac2316.111