IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY M. BLACKWELL,

    Petitioner,                          No. 2:06-cv-1876 RRB GGH P

    vs.

RODERICK Q. HICKMAN,

    Respondent.                      ORDER

_____/

ANTHONY M. BLACKWELL,

    Petitioner,                          No. 2:10-cv-2316 RRB GGH P

    vs.

JAMES WALKER,

    Respondent.                      ORDER

_____/

    Petitioner has requested an extension of time to file a response to the September 12, 2012, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 11, 2012, request for an extension of time (Docket No. 31, No. 2:10-cv-2316 RRB GGH P) is granted; and

1          2. Petitioner shall file his objections to the findings and recommendations within
2 thirty days from the date of this order.
3 DATED: October 16, 2012

                             /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE

GGH:kly
blac2316.111