IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BLACKWELL,<br><br>    Petitioner,<br><br>vs.<br><br>RODERICK Q. HICKMAN,<br><br>    Respondent.<br>_____<br>ANTHONY M. BLACKWELL,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES WALKER,<br><br>    Respondent. | Case 2:06-cv-1876-RRB-GGH P<br><br><br><br><br><br>Case 2:10-cv-2316-RRB-GGH P |

For the reasons set forth by the Magistrate Judge at Docket 32, Petition's application for writ of habeas corpus pursuant to 28 U.S.C. Section 2254, filed in Case 2:10-cv-2316 at Docket 1 is hereby **DENIED**. The Magistrate Judge clearly addressed the factual and legal disputes raised and produced a thorough and well reasoned opinion which the Court hereby **ADOPTS** in its entirety.

**IT IS SO ORDERED** this 20th day of December, 2012.

                                                  S/RALPH R. BEISTLINE
                                                UNITED STATES DISTRICT JUDGE