IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. BLACKWELL, | | |
| Petitioner, | No. 2:06-cv-1876 RRB GGH P | |
| vs. | | |
| RODERICK Q. HICKMAN, | <u>ORDER</u> | |
| Respondent. | | |
| _____/ | | |
| ANTHONY M. BLACKWELL, | No. 2:10-cv-2316 RRB GGH P | |
| Petitioner, | | |
| vs. | <u>ORDER</u> | |
| JAMES WALKER, | | |
| Respondent. | | |
| _____/ | | |

Petitioner in both cases, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 12, 2012 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

\\\\\

1

1  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the
2  applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.
3  § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues
4  satisfy the required showing or must state the reasons why such a certificate should not issue.
5  Fed. R. App. P. 22(b).
6  For the reasons set forth in the magistrate judge's September 12, 2012 findings
7  and recommendations, petitioner has not made a substantial showing of the denial of a
8  constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
9  IT IS SO ORDERED this 11th day of February, 2013.

   S/RALPH R. BEISTLINE
   UNITED STATES DISTRICT JUDGE

ggh9