IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BLACKWELL, | |
| Petitioner, | No. 2:06-cv-1876 RRB GGH P |
| vs. | |
| RODERICK Q. HICKMAN, | <u>ORDER</u> |
| Respondent. | |
| _____/ | |
| ANTHONY M. BLACKWELL, | No. 2:10-cv-2316 RRB GGH P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| JAMES WALKER, | |
| Respondent. | |
| _____/ | |

      Petitioner in both cases, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 12, 2012 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

\\\\\

1       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

      For the reasons set forth in the magistrate judge's September 12, 2012 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED this 11th day of February, 2013.

                    S/RALPH R. BEISTLINE
                    UNITED STATES DISTRICT JUDGE

ggh9